FILED
JAMES BONINI
CLERK

05 APR -7 AM 9:42

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**FILED**

APR - 6 2005

LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 03-4213

UNITED STATES ex rel. LOUIS F. GILLIGAN; GREGORY M. UTTER,
  Plaintiffs/Relators - Appellees,

v.

98cv248

MEDTRONIC, INC.,
  Defendant - Appellant.

Before:   COLE and ROGERS, Circuit Judges; COHN, District Judge.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED and the case is REMANDED for disposition consistent with the opinion of this court.

ENTERED BY ORDER OF THE COURT

*Leonard Green*
Leonard Green, Clerk